UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

COREY L. HOLCOMB,

       Plaintiff,                                      Case No.1:07-CV-680

v.                                                   Hon. Richard Alan Enslen

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

      The court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody.  The Report and Recommendation was duly served on the parties.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed July 25, 2008, is **APPROVED** and **ADOPTED** as the opinion of the Court.

      **IT IS FURTHER ORDERED** that this matter is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g).

Dated in Kalamazoo, MI:                           /s/Richard Alan Enslen
August 18, 2008                                     Richard Alan Enslen
                                                      Senior United States District Judge